FILED: JULY 11, 2008
08CV3947
JUDGE ZAGEL
MAGISTRATE JUDGE COLE
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number:

Sonya Eggleston, et. al.

vs.

Officers A. Macias, Star #5344, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sonya Eggleston on behalf of Walter Eggleston

| | |
|---|---|
| NAME (Type or print) <br> Thomas Peters | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas Peters | |
| FIRM | |
| STREET ADDRESS <br> 407 S. Dearborn St., Suite 1675 | |
| CITY/STATE/ZIP <br> Chicago, IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02183587 | TELEPHONE NUMBER <br> (312) 697-0022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |