## United States District Court for the Northern District of Illinois

Case Number: 08CV3947          Assigned/Issued By: DAJ

Judge Name: ZAGEL              Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00       [ ] $5.00
                [ ] IFP          [ ] No Fee       [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00              Receipt #: 2926763

Date Payment Rec'd: 07/11/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

  5  Original and  0  copies on  07/11/08  as to DEF'S. _____
                                  (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05