AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sonya Eggleston, et. al.

V.

Officer A. Macias, Star #5344, et. al.

CASE NUMBER: 08CV3947

ASSIGNED JUDGE: JUDGE ZAGEL
MAGISTRATE JUDGE COLE
EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Officer C. Brown, Star #2235
Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Peters
Kevin Peters
407 S. Dearborn St., Suite 1675
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*

(By) DEPUTY CLERK



**July 11, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/15/08 |
| NAME OF SERVER (PRINT) Mark J. I. Bruno | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CPD Headquarters 3510 S. Michigan Ave, Chicago, IL 60653

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/15/08 _[signature]_
Date / Signature of Server

407 S. Dearborn St, Ste 1675
Address of Server
Chicago, IL 60605

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case Caption & Docket Number: Eggleston v. Macias, 08 C 3947

Received By: Vince Catto
<sub>name & signature</sub>

Date & Time Received: 7/15/08  10:55

Please be advised that the Chicago Police Department is not accepting service on behalf of any individual defendant(s) in the above-captioned matter but is receiving the documents in order to facilitate service upon the individual defendant(s) who are Chicago police officers. The Department will contact the individual officers to accept service. After the officer has accepted service, you will be notified through regular court procedures.