IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| SONYA EGGLESTON on behalf of her minor child WALTER L. EGGLESTON, | ) ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) No. 08 CV 3947 |
| | ) |
| | ) |
| OFFICERS A. MACIAS, STAR #5344, H. MATHEWS, STAR #3698, V. CIOCCI, STAR #12914, SGT. C. BROWN, STAR # 2235, and THE CITY OF CHICAGO, | ) ) ) ) |
|     Defendants. | ) |

_____

### REQUEST FOR CLERK OF COURT TO REFUND FILING FEE

Pursuant to an E-mail from Nelida dated Monday, July 14, 2008, I am requesting a refund of receipt number 2626659.

On July 11, 2008, I mistakenly paid two (2) filing fees but only filed one new case. The correct charge/receipt number for case 08 CV 3947 is 2926793.

Please refund receipt number 2626659 as it was paid in error.

Any questions please feel free to contact me at work (312) 697-0022, FAX (312) 697-0812, and/or cell (312) 543-6365.

                                              Respectfully Submitted,

                                              S/ Kevin Peters
                                              KEVIN PETERS