UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case | 08 C 3947 |
|---|---|---|---|
| Sonya Eggleston, et. al. | Plaintiff | | Judge Zagel |
| vs. | | | |
| Officers A. Macias, Star, #5344, et al., | Defendants | | Magistrate Cole |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| SIGNATURE | /s/ Thomas J. Platt |
|---|---|
| FIRM | City of Chicago, Department of Law |
| STREET ADDRESS | 30 No. LaSalle Street - Suite 1400 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06181260 | 312.744.4833 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X    NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐