IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sonya Eggleston et. al | ) | |
|     Plaintiff, | ) | No. 08 CV 3947 |
| | ) | |
| v. | ) | |
| | ) | Judge Zagel |
| CITY OF CHICAGO and Chicago Police Officers. A. Macias, Star # 5344, H. Matthews, Star # 3698, V. Ciocci, Star # 12914, Sgt. C. Brown, Star # 2235 | ) ) ) ) ) | |
|     Defendants. | ) | |

### AGREED NOTICE OF MOTION

To:   Kevin Peters
       Peters & Peters
       407 S. Dearborn, Ste 1675
       Chicago, Il 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Agreed Motion of Defendants to Extend Time to File Answer or other Responsive Pleading.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Zagel at 10:15 a.m. on September 2, 2008, or as soon as counsel may be heard, and then and there present the above stated motion.

### CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing Agreed Motion of Defendants to Extend Time to File Answer or other Responsive Pleading to be served via the electronic filing system of the Northern District of Illinois to the persons named above at the addresses therein shown, on August 25, 2008

                                 /s/ Caroline Fronczak
30 N. LaSalle Street         Assistant Corporation Counsel
Suite 1610
Chicago, Illinois 60602
(312) 744-1079