IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sonya Eggleston et. al | ) | |
|                Plaintiff, | ) | No. 08 CV 3947 |
| | ) | |
| v. | ) | |
| | ) | Judge Zagel |
| CITY OF CHICAGO and Chicago Police | ) | |
| Officers. A. Macias, Star # 5344, | ) | |
| H. Matthews, Star # 3698, V. Ciocci, | ) | |
| Star # 12914, Sgt. C. Brown, Star # | ) | |
| 2235 | ) | |
|                Defendants. | ) | |

**AGREED MOTION OF DEFENDANTS TO
EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

      Defendants City of Chicago and Chicago Police Officers Macias #5344, Matthews #3698, Ciocci #12914, and Sgt. Brown #2235, by their attorney, Caroline Fronczak, Assistant Corporation Counsel, for their Motion to Extend the Time to file their Answer or other responsive pleading to the Complaint in this cause through September 30, 2008, state as follows:

      1.      This matter is a case under 42 U.S.C. §1983 alleging excessive force against Chicago Police Officer defendants A. Macias, H. Matthews, V. Ciocci, and C. Brown. (Count I) and false arrest (Count II). The complaint also contains a claim under state law for malicious prosecution against defendants A. Macias, H. Matthews, V. Ciocci, and C. Brown and defendant, City of Chicago. (Count III).

      2.      Defendant police officers were served on August 18, 2008. Counsel for defendants have not had an opportunity to meet with the officers or obtain the necessary police records to prepare a responsive pleading.

3.      Defendants request through September 30, 3008 to file their Answer or other responsive pleading to the complaint. Plaintiff has agreed to this motion.

WHEREFORE, Defendants City of Chicago and A. Macias, H. Mathews, V. Ciocci, and C. Brown request that this court enter an order allowing defendants through September 30, 2008 to file their Answer or other responsive pleading to the complaint in this cause.

Respectfully submitted,

/s/ Caroline Fronczak
Assistant Corporation Counsel
Attorney for individual Defendants

30 North LaSalle Street, Suite 1610
Chicago, Illinois 60602
(312) 744-1079
Atty. No. 06284817

Augsut 25, 2008